IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00483-AP

EDWARD C. LAWRENCE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT<br>3515 S. Tamarac Drive, #200<br>Denver, CO 80237<br>Telephone: (303) 757-5000<br>Facsimile: (303) 689-9627<br>abbott.teresa@gmail.com | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>1225 17th Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303)454-0184<br>Facsimile: (303)454-0400<br>Kevin.Traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 8, 2008
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 19, 2008
**C. Date Answer and Administrative Record Were Filed:** May 19, 2008 (Answer) and May 20, 2008 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 16, 2008
**B. Defendant's Response Brief Due:** August 15, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** August 29, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff requests oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

*s/Teresa H. Abbott*
TERESA H. ABBOTT
3515 S. Tamarac Drive, #200
Denver, CO 80237
Telephone: (303) 757-5000
Facsimile: (303) 689-9627
abbott.teresa@gmail.com

For Defendant:

TROY A. EID
United States Attorney

*s/ Kevin Traskos*
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov