IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00483-RPM

EDWARD C. LAWRENCE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

ORDER AWARDING ATTORNEY'S FEES
---

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, filed October 16, 2009 [22] and upon the finding and conclusion that the Commissioner's position in this civil litigation was not substantially justified and that the amount sought as attorney's fees is reasonable, it is

ORDERED that the motion is granted and the plaintiff is awarded attorney's fees in the amount of $5,000.00.

DATED: October 19th, 2009

                                                                                                            BY THE COURT:

                                                                                                             s/Richard P. Matsch

                                                                                                             _____

                                                                                                             Richard P. Matsch, Senior District Judge