IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00483-RPM

EDWARD C. LAWRENCE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS FEES UNDER 42 U.S.C. § 406(b)
___

After review plaintiff's Motion For An award Of Attorneys Fees, filed September 29, 2010 [24] and defendant's Response, filed October 12, 2010 [25], it is

ORDERED that the motion is granted and the requested attorneys fees of $6,664.13 is approved.

DATED: October 13th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge